[No. 61862-8-I.   Division One.   July 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PHAT THANH NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-08037-2, Christopher A. Washington, J., entered June 16, 2008. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler, C.J., and Agid, J.

[No. 61863-6-I.   Division One.   July 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. D.F., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-03997-1, Michael Hayden, J., entered June 10, 2008. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler, C.J., and Agid, J.

[No. 61929-2-I.   Division One.   July 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB LUTHER STRAWN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-1-01255-8, John O. Linde, J. Pro Tem., entered June 17, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Lau, JJ.

[No. 62024-0-I.   Division One.   July 20, 2009.]

*In the Matter of the Marriage of* TAMMY L. BOYER, *Respondent*, and HAROLD F. CROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-3-01410-1, Gerald L. Knight, J., entered June 23, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Dwyer, J.